UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

ANDREW NEWMAN,

      Plaintiff.    CASE NO.: 0:22-cv-61360-RS

HAROLD F. PRYOR, in his official capacity
as STATE ATTORNEY, Seventeenth Judicial
Circuit of Florida (BROWARD COUNTY),
also named or commonly referred to as, The
Broward State Attorney's Office or the Broward
County State Attorney's Office, and THE STATE
OF FLORIDA,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ANDREW NEWMAN, files this Notice of Voluntary Dismissal Without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and states that the Defendant has not filed an answer or a Motion for Summary Judgment and that there is no counterclaim pending.

Respectfully submitted this 7th day of October, 2022.

**SACKRIN & TOLCHINSKY, P.A.**
*Attorneys for Plaintiff*
2100 East Hallandale Beach Boulevard, Suite 200
Hallandale Beach, Florida 33009
Tel: (954) 458-8685
Fax: (954) 656-5000
alan@hallandalelaw.com
pleadings@hallandalelaw.com

By: */s/ Alan D. Sackrin*
    ALAN D. SACKRIN, ESQ.
    FL Bar No.: 349070

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this 7th day of October, 2022, the forgoing was filed via CM/ECF Portal and served to Matthew G. Krause, Esq. and Patrick W. Zalman, Esq., LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND, 110 S.E. 6th Street, 20th Floor, Fort Lauderdale, FL 33301, mkrause@insurancedefense.net; pzalman@insurancedefense.net.

**SACKRIN & TOLCHINSKY, P.A.**
*Attorneys for Plaintiff*
2100 East Hallandale Beach Boulevard, Suite 200
Hallandale Beach, Florida 33009
Tel: (954) 458-8685
Fax: (954) 656-5000
alan@hallandalelaw.com
pleadings@hallandalelaw.com

By: */s/ Alan D. Sackrin*
ALAN D. SACKRIN, ESQ.
FL Bar No.: 349070